# EXHIBIT "B"

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| KENNETH PRIVETTE,<br>individually and on behalf<br>of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>WASTE PRO OF NORTH CAROLINA, INC.,<br><br>      Defendant. | Civil Action No. 2:19-cv-3221-DCN |

## ORDER ON JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

THIS MATTER IS BEFORE THE COURT ON THE PARTIES' JOINT MOTION TO APPROVE FLSA SETTLEMENT. HAVING CAREFULLY CONSIDERED THE MOTION, THE UNDERSIGNED WILL GRANT THE MOTION.

IT IS THEREFORE ORDERED that the Joint Motion to Approve FLSA Settlement is GRANTED. The Court ORDERS:

1. That the settlement described in the Joint Motion to Approve FLSA Settlement and the attached Settlement Agreement is a fair and reasonable compromise of disputed issues under the Fair Labor Standards Act. Therefore, the Court approves the settlement as fair and reasonable.

2. The Court approves the proposed Collective Action Settlement Notice which will be sent to collective members along with their respective settlement payment;

3. The Court approves the requested service award for Plaintiff Privette and approves Plaintiff's Counsel's requested attorneys' fees and costs;

1

4. The Court orders the Parties to effectuate the settlement administration process as described in the Settlement Agreement, and hereby dismisses this action with prejudice.

IT IS SO ORDERED

_____
DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

This \_\_\_\_\_ day of _____, 2021.